AO 450 (Rev. 5/85)

# United States District Court

EASTERN DISTRICT OF NORTH CAROLINA
**WESTERN DIVISION**

| | |
|---|---|
| APRIL M. FISKE,<br>　　　　Plaintiff, | )<br>)<br>) |
| v. | )<br>) |
| | ) **JUDGMENT IN A CIVIL CASE** |
| MICHAEL J. ASTRUE,<br>*Commissioner of the Social*<br>*Security Administration,*<br>　　　　Defendant. | ) **CASE NO. 5:09-CV-564-D**<br>)<br>)<br>) |

Decision by the Court:

　　**IT IS ORDERED AND ADJUDGED** that the court adopts the Memorandum and Recommendations [D.E. 23]. Plaintiff's motion for judgment on the pleadings [D.E. 14] is DENIED, defendant's motion for judgment on the pleadings [D.E. 20] is GRANTED, and defendant's final decision is AFFIRMED.

THE ABOVE JUDGMENT WAS ENTERED TODAY, **MARCH 15 2011** WITH A COPY TO:

William L. Davis III (via CM/ECF Notice of Electronic Filing)

Robert K. Crowe (via CM/ECF Notice of Electronic Filing)

| | |
|---|---|
| March 15, 2011 | DENNIS P. IAVARONE, Clerk |
| Date | Eastern District of North Carolina |
| | |
| | /s/Debby Sawyer |
| | (By) Deputy Clerk |
| Raleigh, North Carolina | |